FILED

07/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0638

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0638

_____

WJG, LLC, a Montana Limited Liability Company,

      Plaintiff and Appellee,

    v.

BOBBI HURLEY & JOHN AND JANE DOES 1-10,

      Defendant and Appellant.

_____

O R D E R

Appellant Bobbi Hurley has filed a motion for extension of time within which to file the opening brief. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until August 24, 2022, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2022